# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

JAMES KEITH BROSKE,

    Plaintiff,

v.

KATHLEEN KINNEY, SOCIAL SECURITY ADMINISTRATION, DAVID LINEDORF, DEBBIE, CUDAHY POLICE DEPARTMENT, CUDAHY POST OFFICE, ANYTIME FITNESS, FEDERAL BUREAU OF INVESTIGATION, and VETERANS ADMINISTRATION,

    Defendants.

Case No. 17-CV-1288-JPS

**ORDER**

On December 7, 2017, the Court received the plaintiff's notice of voluntary dismissal of this action. (Docket #4). The Court herewith adopts that notice. *See* Fed. R. Civ. P. 41(a)(1)(A)(i).

Accordingly,

**IT IS ORDERED** that the plaintiff's notice of voluntary dismissal (Docket #4) be and the same is hereby **ADOPTED**; this action be and the same is hereby **DISMISSED without prejudice.**

Dated at Milwaukee, Wisconsin, this 12th day of December, 2017.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge